# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

| | |
|---|---|
| Debtor: | JEFFREY L. & LAURIE A. LEZARK |
| Case Number: | 19-22324-CMB    **Chapter:** 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 19, 2019 10:00 AM  3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

## *Matter:*

#6 - Final Confirmation of Plan Dated  6/10/2019 (NFC)

R / M #:  6 / 0

## *Appearances:*

Debtor:  Frank

Trustee:  Winnecour  /  Pail  /  Katz  /  (DeSimone)

Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to  4-23-20  at  10:00 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

cont. for RESPA issue

**FILED**

DEC 20 2019

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

12/9/2019   3:33:43PM