**Form RSC Conciliation (Reschedule Conciliation−COVID**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeffrey L. Lezark** | : | Case No. 19−22324−CMB |
| **Laurie A. Lezark** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

### ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this **The 2nd of April, 2020**, due to the COVID−19 virus pandemic, the conciliation conference scheduled for April 23, 2020 is **RESCHEDULED** to *7/2/20 at 09:30 AM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.*

Dated: April 2, 2020

cm: Debtor
    Debtor's Atty.
    Ch. 13 Trustee

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-22324-CMB
Jeffrey L. Lezark                                                       Chapter 13
Laurie A. Lezark
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Apr 02, 2020
                              Form ID: RSCcon3        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
db/jdb         +Jeffrey L. Lezark,    Laurie A. Lezark,    381 Pennsylvania Avenue,    Oakmont, PA 15139-1533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
              Eugene D. Frank    on behalf of Joint Debtor Laurie A. Lezark efrank.esq@comcast.net
              Eugene D. Frank    on behalf of Debtor Jeffrey L. Lezark efrank.esq@comcast.net
              James  Warmbrodt     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7