# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jeffrey L. Lezark<br>and Laurie A. Lezark,<br><br>　　　　　　　　Debtors.<br><br>Jeffrey L. Lezark,<br><br>　　　　　　　　Movant,<br><br>　　　v.<br><br>Ronda J. Winnecour, Trustee,<br><br>　　　　　　　　Respondents. | Bankruptcy No. 19-22324-CMB<br><br>Chapter 13<br><br>Related to Doc. No. 31<br><br>Hearing Date & Time:<br>**June 3, 2020 at 11:00 a.m.**<br><br>Responses Due:<br>**May 22, 2020** |

## NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING APPLICATION TO EMPLOY LAW OFFICES OF EUGENE D. FRANK, P.C. AND EAST END TRIAL GROUP LLC *AS SPECIAL COUNSEL* NUNC PRO TUNC <u>**(TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020)**</u>

TO THE RESPONDENT(S):

　　　You are hereby notified that the above Movant seeks an order affecting your rights or property.

　　　You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **May 22, 2020** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

　　　You should take this Notice and the Motion to a lawyer at once.

A **telephonic** hearing will be held on **June 3, 2020 at 11:00 a.m.** before Judge Carlota M. Böhm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Böhm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of Service: May 5, 2020

BY: */s/ Eugene D. Frank*
Eugene D. Frank, Esquire
Attorney for Movant/Debtors
3202 McKnight East Drive
Pittsburgh, PA  15237
(412) 366-4276
efrank.esq@comcast.net
PA I.D. # 89862