# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jeffrey L. Lezark<br>and Laurie A. Lezark,<br><br>                      Debtors.<br><br>Jeffrey L. Lezark,<br><br>                      Movant,<br><br>                      v.<br><br>Ronda J. Winnecour, Trustee,<br><br>                      Respondents. | Bankruptcy No. 19-22324-CMB<br><br>Chapter 13<br><br>Related to Doc. Nos. 31 - 32<br><br>Hearing Date & Time:<br>**June 3, 2020 at 11:00 a.m.**<br><br>Responses Due:<br>**May 22, 2020** |

### CERTIFICATE OF SERVICE OF APPLICATION TO EMPLOY LAW OFFICES OF EUGENE D. FRANK, P.C. AND EAST END TRIAL GROUP LLC *AS SPECIAL COUNSEL* NUNC PRO TUNC (DOC. 31) *together with* NOTICE OF HEARING WITH RESPONSE DEADLINE (DOC. 32)

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 5th day of May, 2020, I served a copy of above captioned documents and/or pleadings on the respondent(s) at the addresses specified below.

The type(s) of service made on the parties (first class, electronic notification, hand delivery, or another type of service) was via **first class mail and/or electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

*Service by First Class Mail:*

All parties listed on attached mailing matrix.

***Service by Electronic Notification:***

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

James Warmbrodt on behalf of Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


Executed On: 05/05/2020

By: */s/ Eugene D. Frank*
Eugene D. Frank, Esquire
Attorney for Movant/Debtors
3202 McKnight East Drive
Pittsburgh, PA  15237
(412) 366-4276
efrank.esq@comcast.net
PA I.D. # 89862

```
Label Matrix for local noticing          Duquesne Light Company                    PRA Receivables Management, LLC
0315-2                                   c/o Bernstein-Burkley, P.C.               PO Box 41021
Case 19-22324-CMB                        707 Grant Street, Suite 2200, Gulf Tower  Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15219-1945
Pittsburgh
Tue May  5 13:46:13 EDT 2020

Peoples Natural Gas Company LLC          2                                         ACS PRIMARY CARE PHYSICIANS SOUTHEAST
c/o S. James Wallace, P.C.               U.S. Bankruptcy Court                     WAKEFIELD AND ASSOCIATES
845 N. Lincoln Ave.                      5414 U.S. Steel Tower                     PO BOX 50250
Pittsburgh, PA 15233-1828                600 Grant Street                          KNOXVILLE,TN 37950-0250
                                         Pittsburgh, PA 15219-2703

Ally Bank                                Ally Financial                            Ally Financial
PO Box 130424                            PO Box 380901                             PO Box 380903
Roseville MN 55113-0004                  Bloomington, MN 55438-0901                Bloomington, MN 55438-0903


(p)BANK OF AMERICA                       Bank of America, N.A.                     Bayview Loan Servicing
PO BOX 982238                            P O Box 982284                            4425 Ponce De Leon, 5th Floor
EL PASO TX 79998-2238                    El Paso, TX 79998-2284                    Miami, FL 33146-1873


Bayview Loan Servicing, LLC              Capital One                               Capital One
4425 Ponce de Leon Blvd, 5th Floor       P.O. Box 30281                            P.O. Box 30285
Coral Gables, FL 33146-1873              Salt Lake City, UT 84130-0281             Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.             CitiMortgage Inc.                         Coll Svc Ctr
by American InfoSource as agent          PO Box 6243                               POB 560
PO Box 71083                             Sioux Falls, SD 57117-6243                New Kensington, PA 15068-0560
Charlotte, NC  28272-1083


Discover                                 Discover Bank                             Discover Fin Svcs LLC
PO Box 30421                             Discover Products Inc                     P.O. Box 15316
Salt Lake City, UT 84130-0421            PO Box 3025                               Wilmington, DE 19850-5316
                                         New Albany, OH  43054-3025


Discover Student Loans                   Discover Student Loans                    Discover Student Loans
PO Box 30925                             PO Box 30947                              PO Box 30948
Salt Lake City, UT 84130-0925            Salt Lake City, UT 84130-0947             Salt Lake City, UT 84130-0948


EMSI                                     Fin Sys of Richmond Inc.                  Grover Sukhdev MD
3504 Cragmont Drive, Suite 100           PO Box 786                                4815 Liberty Avenue
Tampa, FL 33619-8300                     Richmond, IN 47375-0786                   Pittsburgh, PA 15224-2156


IC System                                (p)JPMORGAN CHASE BANK  N A               JPMorgan Chase Bank, N.A.
444 Highway 96 East                      BANKRUPTCY MAIL INTAKE TEAM               s/b/m/t Chase Bank USA, N.A.
PO Box 64378                             700 KANSAS LANE FLOOR 01                  c/o Robertson, Anschutz & Schneid, P.L.
Saint Paul, MN 55164-0378                MONROE LA 71203-4774                      6409 Congress Avenue, Suite 100
                                                                                   Boca Raton, FL 33487-2853
```

| | | |
|---|---|---|
| KML Law Group, P.C.<br>BNY Mellon Independence Center<br>Suite 5000<br>701 Market Street<br>Philadelphia, PA 19106-1541 | M&T BANK<br>P.O. BOX 1508<br>BUFFALO, NY 14240-1508 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| Metropolitan Life Insurance Company<br>4425 Ponce de Leon Blvd.<br>Coral Gables, FL 33146-1837 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>PO Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/JCPenney<br>PO Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank/JCPenney<br>PO Box 965008<br>Orlando, FL 32896-5008 | Synchrony Bank/Lowes<br>PO Box 965003<br>Orlando, FL 32896-5003 |
| Synchrony Bank/Sam's Club<br>PO Box 965003<br>Orlando, FL 32896-5003 | Synchrony Bank/Wal-mart<br>P.O. Box 965022<br>Orlando, FL 32896-5022 | Tristate Orthopaedics & Sports Medicine<br>5900 Corporate Drive, Suite 200<br>Pittsburgh, PA 15237-7005 |
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Wells Fargo Bank N.A.<br>PO Box 522<br>Des Moines, IA 50306-0522 |
| Eugene D. Frank<br>Law Offices of Eugene D. Frank, P.C.<br>3202 McKnight East Drive<br>Pittsburgh, PA 15237-6423 | Jeffrey L. Lezark<br>381 Pennsylvania Avenue<br>Oakmont, PA 15139-1533 | Laurie A. Lezark<br>381 Pennsylvania Avenue<br>Oakmont, PA 15139-1533 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982234<br>El Paso, TX 79998-2234 | (d)Bank of America<br>PO Box 982238<br>El Paso, TX 79998 | JPMCB Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850 |

M&T Bank
PO Box 900
Millsboro, DE 19966

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bayview Loan Servicing, LLC, a Delaware Li

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

End of Label Matrix
Mailable recipients    51
Bypassed recipients     2
Total                  53