**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Jeffrey L. Lezark<br>and Laurie A. Lezark,<br><br>                Debtors.<br><br>Jeffrey L. Lezark,<br><br>                Movant,<br><br>      v.<br><br>Ronda J. Winnecour, Trustee,<br><br>                Respondents. | Bankruptcy No. 19-22324-CMB<br><br>Chapter 13<br><br>Related to Doc. Nos. 31 - 36<br><br>Hearing Date & Time:<br>**June 3, 2020 at 11:00 a.m.**<br><br>Responses Due:<br>**May 22, 2020** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATION TO EMPLOY LAW OFFICES OF EUGENE D. FRANK, P.C. AND EAST END TRIAL GROUP LLC *AS SPECIAL COUNSEL* NUNC PRO TUNC (DOC. 31)**

The undersigned certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Application To Employ Law Offices of Eugene D. Frank, P.C. And East End Trial Group LLC As Special Counsel Nunc Pro Tunc* (the **"Application"**) filed on May 5, 2020 (Doc. No. 31) and served with the Notice of Hearing with Response Deadline (Doc. No. 32) on May 5, 2020 (Doc. No. 33) has been received **WITH THE EXCEPTION** of the Chapter 13 Trustee's response at Doc. No. 34 and subsequent withdrawal of said response at Doc. No. 36. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading (*other than noted above*) to the *Application* appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the *Application* were to be filed and served no later than May 22, 2020.

It is hereby respectfully requested that the Order attached to the *Application* be entered by the Court.

Dated: 05/29/2020

By: */s/ Eugene D. Frank*
Eugene D. Frank, Esquire
PA I.D. # 89862
Attorney for Movant/Debtors
3202 McKnight East Drive
Pittsburgh, PA  15237
(412) 366-4276
efrank@edf-law.com