**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 19-22324-CMB |
| Jeffrey L. Lezark | : | Chapter 13 |
| and Laurie A. Lezark, | : | |
| | : | |
| Debtors. | : | Related to Doc. No. 41 |
| | : | |
| Jeffrey L. Lezark, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Bayer U.S. LLC | : | |
| and Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT OF DEBTOR JEFFREY L. LEZARK together with NOTIFICATION OF SOCIAL SECURITY NUMBER

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 6th day of July, 2020, I served a copy of the above captioned documents and/or pleadings on the respondent(s) at the addresses specified below.

The type(s) of service made on the parties (first class, electronic notification, hand delivery, or another type of service) was via **first class mail and/or electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

*<u>Service by First Class Mail</u>*:

Bayer U.S. LLC
ATTN: Payroll Manager
HR Operations
100 Bayer Road
Pittsburgh, PA 15205-9741

***Service by Electronic Notification:***

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Executed On: 07/06/2020

By: */s/ Eugene D. Frank*
Eugene D. Frank
Attorney for Debtors
3202 McKnight East Drive
Pittsburgh, PA  15237
efrank@edf-law.com
(412) 366-4276
PA I.D. # 89862