2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-22324-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Jeffrey L. Lezark
381 Pennsylvania Avenue
Oakmont PA 15139

Laurie A. Lezark
381 Pennsylvania Avenue
Oakmont PA 15139

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/23/2021.

Name and Address of Alleged Transferor(s):

Claim No. 16: U.S. Bank Trust National Association, et al., c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501

Name and Address of Transferee:

U.S. Bank Trust National Association as Trustee
of Cabana Series V Trust
c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/29/21

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                     Case No. 19-22324-CMB

Jeffrey L. Lezark                                                          Chapter 13

Laurie A. Lezark

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: culy | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15425109 | + Email/Text: bknotices@snsc.com | Dec 28 2021 02:41:00 | U.S. Bank Trust National Association, et al., c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Eugene D. Frank | on behalf of Joint Debtor Laurie A. Lezark efrank@edf-law.com |
| Eugene D. Frank | on behalf of Debtor Jeffrey L. Lezark efrank@edf-law.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

District/off: 0315-2                        User: culy                                    Page 2 of 2

Date Rcvd: Dec 27, 2021                     Form ID: trc                                   Total Noticed: 1

Maria Miksich
                    on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Richard Tracy
                    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association  as Trustee of the Cabana
                    Series V Trust, bankruptcy@friedmanvartolo.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 9