# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jeffrey L. Lezark<br>and Laurie A. Lezark,<br><br>      Debtors.<br><br>Jeffrey L. Lezark<br>and Laurie A. Lezark,<br><br>      Movants,<br><br>   v.<br><br>No Respondents,<br><br>      Respondents. | Bankruptcy No. 19-22324-CMB<br>Chapter 13<br><br>Related to Doc. Nos. 64 - 65<br><br>**Hearing Date & Time:**<br>**January 25, 2024**, at **1:30 p.m.**<br><br>**Responses Due:**<br>**January 16, 2024** |

**CERTIFICATE OF SERVICE OF MOTION TO SUBSTITUTE COUNSEL (DOC. 64)** *together with* **NOTICE OF HEARING AND RESPONSE DEADLINE (DOC. 65)**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the 28th day of December, 2023, I served a copy of above captioned documents and/or pleadings on the respondent(s) at the addresses specified below.

The type(s) of service made on the parties (first class, electronic notification, hand delivery, or another type of service) was via **first class mail and/or electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

*Service by First Class Mail:*

All parties listed on attached mailing matrix (not served electronically).

Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237

***Service by Electronic Notification:***

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com,  btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Maria Miksich on behalf of Creditor Community Loan Servicing, LLC
mmiksich@kmllawgroup.com

Lauren Moyer on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Cabana Series V Trust
bkecf@friedmanvartolo.com,  bankruptcy@friedmanvartolo.com

Lauren Moyer on behalf of Creditor U.S. Bank Trust National Association, as Trustee of Cabana Series V Trust
bkecf@friedmanvartolo.com,  bankruptcy@friedmanvartolo.com

Brian Nicholas on behalf of Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of the Cabana Series V Trust,
richard.tracy.iii@gmail.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com,  PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Executed On: December 28, 2023            BY: */s/ Eugene D. Frank*
                                          Eugene D. Frank, Esquire
                                          PA ID # 89862
                                          Law Offices of Eugene D. Frank, P.C.
                                          3202 McKnight East Drive
                                          Pittsburgh, PA 15237
                                          (412) 366-4276 – office
                                          (412) 366-4305 – fax
                                          efrank@edf-law.com

                                          *Attorney for Debtors/Movants*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-22324-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Dec 27 12:50:38 EST 2023 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | East End Trial Group, LLC<br>212 45th St.<br>Pittsburgh, PA 15201-2802 |
| Law Offices of Eugene D. Frank, P.C.<br>3202 McKnight East Drive<br>Pittsburgh, PA 15237-6423 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| SN Servicing Corporation as Servicer for U.S<br>Friedman Vartolo, LLP<br>1325 Franklin Ave., Suite 160<br>Garden City, NY 11530-1631 | U.S. Bank Trust National Association, as Tru<br>Friedman Vartolo, LLP<br>1325 Franklin Ave., Ste 160<br>Garden City, NY 11530-1631 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| Ally Financial<br>PO Box 380903<br>Bloomington, MN 55438-0903 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Bayview Loan Servicing<br>4425 Ponce De Leon, 5th Floor<br>Miami, FL 33146-1839 | Bayview Loan Servicing, LLC<br>4425 Ponce de Leon Blvd, 5th Floor<br>Coral Gables, FL 33146-1839 | Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | CitiMortgage Inc.<br>PO Box 6243<br>Sioux Falls, SD 57117-6243 |
| Coll Svc Ctr<br>POB 560<br>New Kensington, PA 15068-0560 | Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd., 5th Floor<br>Coral Gable, FL 33146-1839 | Discover<br>PO Box 30421<br>Salt Lake City, UT 84130-0421 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs LLC<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 | Discover Student Loans<br>PO Box 30925<br>Salt Lake City, UT 84130-0925 |
| Discover Student Loans<br>PO Box 30947<br>Salt Lake City, UT 84130-0947 | Discover Student Loans<br>PO Box 30948<br>Salt Lake City, UT 84130-0948 | EMSI<br>3504 Cragmont Drive, Suite 100<br>Tampa, FL 33619-8300 |

```
Fin Sys of Richmond Inc.              Grover Sukhdev MD                        IC System
PO Box 786                            4815 Liberty Avenue                      444 Highway 96 East
Richmond, IN 47375-0786               Pittsburgh, PA 15224-2156                PO Box 64378
                                                                               Saint Paul, MN 55164-0378


(p)JPMORGAN CHASE BANK  N A           JPMorgan Chase Bank, N.A.                KML Law Group, P.C.
BANKRUPTCY MAIL INTAKE TEAM           s/b/m/t Chase Bank USA, N.A.             BNY Mellon Independence Center
700 KANSAS LANE FLOOR 01              c/o Robertson, Anschutz & Schneid, P.L.  Suite 5000
MONROE LA 71203-4774                  6409 Congress Avenue, Suite 100          701 Market Street
                                      Boca Raton, FL 33487-2853                Philadelphia, PA 19106-1541


M&T BANK                              (p)M&T BANK                              Metropolitan Life Insurance Company
P.O. BOX 1508                         LEGAL DOCUMENT PROCESSING                4425 Ponce de Leon Blvd.
BUFFALO, NY 14240-1508                626 COMMERCE DRIVE                       Coral Gables, FL 33146-1837
                                      AMHERST NY 14228-2307


Office of the United States Trustee   (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Synchrony Bank
1000 Liberty Avenue                   PO BOX 41067                             Attn: Bankruptcy Dept.
Suite 1316                            NORFOLK VA 23541-1067                    P.O. Box 965060
Pittsburgh, PA 15222-4013                                                      Orlando, FL 32896-5060


Synchrony Bank                        Synchrony Bank                           Synchrony Bank/JCPenney
Attn: Bankruptcy Dept.                c/o of PRA Receivables Management, LLC   PO Box 965007
PO Box 965061                         PO Box 41021                             Orlando, FL 32896-5007
Orlando, FL 32896-5061                Norfolk, VA 23541-1021


Synchrony Bank/JCPenney               Synchrony Bank/Lowes                     Synchrony Bank/Sam's Club
PO Box 965008                         PO Box 965003                            PO Box 965003
Orlando, FL 32896-5008                Orlando, FL 32896-5003                   Orlando, FL 32896-5003


Synchrony Bank/Wal-mart               Tristate Orthopaedics & Sports Medicine  U.S. Bank Trust National Association as Trus
P.O. Box 965022                       5900 Corporate Drive, Suite 200          of Cabana Series V Trust
Orlando, FL 32896-5022                Pittsburgh, PA 15237-7005                c/o SN Servicing Corporation
                                                                               323 5th Street
                                                                               Eureka, CA 95501-0305


U.S. Bank Trust National Association, et al.  UPMC Physician Services         Verizon
c/o SN Servicing Corporation                  PO Box 1123                      by American InfoSource as agent
323 5th Street                                Minneapolis, MN 55440-1123       PO Box 4457
Eureka, CA 95501-0305                                                          Houston, TX  77210-4457


Wells Fargo Bank N.A.                 Eugene D. Frank                          Jeffrey L. Lezark
PO Box 522                            Law Offices of Eugene D. Frank, P.C.     381 Pennsylvania Avenue
Des Moines, IA 50306-0522             3202 McKnight East Drive                 Oakmont, PA 15139-1533
                                      Pittsburgh, PA 15237-6423


Laurie A. Lezark                      Ronda J. Winnecour
381 Pennsylvania Avenue               Suite 3250, USX Tower
Oakmont, PA 15139-1533                600 Grant Street
                                      Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ACS PRIMARY CARE PHYSICIANS SOUTHEAST<br>WAKEFIELD AND ASSOCIATES<br>PO BOX 50250<br>KNOXVILLE,TN 37950-0250 | Bank of America<br>PO Box 982234<br>El Paso, TX 79998-2234 | JPMCB Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850 |
| M&T Bank<br>PO Box 900<br>Millsboro, DE 19966 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bayview Loan Servicing, LLC, a Delaware Li | (u)Community Loan Servicing, LLC | (d)SN Servicing Corporation as Servicer for U<br>Friedman Vartolo, LLP<br>1325 Franklin Ave., Suite 160<br>Garden City, NY 11530-1631 |
| (u)U.S. Bank Trust National Association, as T | (d)Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |

End of Label Matrix
Mailable recipients    58
Bypassed recipients     6
Total                  64