**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeffrey L. Lezark**
**Laurie A. Lezark**
Debtor(s)

Bankruptcy Case No.: 19−22324−CMB

Chapter: 13
Docket No.: 69 − 68

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Eugene D. Frank, Esquire o/b/o Debtors has been removed as attorney from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: January 4, 2024

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22324-CMB
Jeffrey L. Lezark  Chapter 13
Laurie A. Lezark
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Jan 04, 2024      Form ID: 143      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Eugene D. Frank, Law Offices of Eugene D. Frank, P.C., 3202 McKnight East Drive, Pittsburgh, PA 15237-6423 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com

Eugene D. Frank
     on behalf of Joint Debtor Laurie A. Lezark efrank@edf-law.com  frank.eugeneb122519@notify.bestcase.com

Eugene D. Frank
     on behalf of Debtor Jeffrey L. Lezark efrank@edf-law.com  frank.eugeneb122519@notify.bestcase.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
     btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lauren Moyer
     on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association  as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 04, 2024 | Form ID: 143 | Total Noticed: 1 |

Lauren Moyer
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series V Trust, richard.tracy.iii@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Jeffrey L. Lezark shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Joint Debtor Laurie A. Lezark shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 13