**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Jeffrey L. Lezark<br>and Laurie A. Lezark,<br><br>               Debtors.<br><br>Jeffrey L. Lezark<br>and Laurie A. Lezark,<br><br>               Movants,<br><br>               v.<br><br>No Respondents,<br><br>               Respondents. | Bankruptcy No. 19-22324-CMB<br>Chapter 13<br><br>Related to Doc. No. 64 |

**ORDER OF COURT**

AND NOW, this  4th  day of  January , 2024 , upon the Motion to Substitute Attorney, it is SO ORDERED, ADJUDGED AND DECREED that the appearance of Eugene D. Frank, Esquire as Counsel for Debtors is withdrawn from this Case and that Shawn N. Wright, Esquire, hereby appears in the above-captioned case on behalf of Debtors above.  Pursuant to Section 1109(b) of the Bankruptcy Code, all copies of notices and pleadings given or filed in this case shall be served upon the following person:

Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
Fax: (412) 226-5216
shawn@shawnwrightlaw.com

BY THE COURT:

_____ dmr
CARLOTA M. BÖHM
U.S. Bankruptcy Judge

CONSENTED TO:

/s/Shawn N. Wright
Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565; Pa. I.D. No. 64103
shawn@shawnwrightlaw.com

/s/Eugene D. Frank
Eugene D. Frank, Esquire
3202 McKnight East Drive
Pittsburgh, PA 15237
(412) 366-4276; Pa. I.D. No. 89862
efrank@edf-law.com

FILED
1/4/24 9:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22324-CMB |
| Jeffrey L. Lezark | Chapter 13 |
| Laurie A. Lezark | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 04, 2024 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey L. Lezark, Laurie A. Lezark, 381 Pennsylvania Avenue, Oakmont, PA 15139-1533 |
| sp | + | East End Trial Group, LLC, 212 45th St., Pittsburgh, PA 15201-2802 |
| sp | + | Law Offices of Eugene D. Frank, P.C., 3202 McKnight East Drive, Pittsburgh, PA 15237-6423 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| 15067048 | | Discover Student Loans, PO Box 30947, Salt Lake City, UT 84130-0947 |
| 15067050 | + | EMSI, 3504 Cragmont Drive, Suite 100, Tampa, FL 33619-8300 |
| 15067051 | | Fin Sys of Richmond Inc., PO Box 786, Richmond, IN 47375-0786 |
| 15067052 | + | Grover Sukhdev MD, 4815 Liberty Avenue, Pittsburgh, PA 15224-2156 |
| 15067057 | + | Metropolitan Life Insurance Company, 4425 Ponce de Leon Blvd., Coral Gables, FL 33146-1837 |
| 15067065 | + | Tristate Orthopaedics & Sports Medicine, 5900 Corporate Drive, Suite 200, Pittsburgh, PA 15237-7005 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 05 2024 00:07:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 04 2024 23:52:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | Jan 04 2024 23:48:03 | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 15106838 | | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2024 23:52:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15067038 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2024 23:52:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15067037 | | Email/Text: ally@ebn.phinsolutions.com | Jan 04 2024 23:52:00 | Ally Financial, PO Box 380903, Bloomington, MN 55438-0903 |
| 15067039 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 04 2024 23:52:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 15067040 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 04 2024 23:52:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15095894 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 04 2024 23:52:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15067041 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 04 2024 23:52:00 | Bayview Loan Servicing, 4425 Ponce De Leon, 5th Floor, Miami, FL 33146-1839 |
| 15106836 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 04 2024 23:52:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL |

Case 19-22324-CMB   Doc 72   Filed 01/06/24   Entered 01/07/24 00:26:58   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 04, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 33146-1839 |
| 15067043 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2024 00:07:31 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15067042 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2024 00:07:28 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15087178 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2024 00:07:31 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15067044 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 05 2024 00:07:28 | CitiMortgage Inc., PO Box 6243, Sioux Falls, SD 57117-6243 |
| 15067045 | ^ | MEBN | Jan 04 2024 23:48:10 | Coll Svc Ctr, POB 560, New Kensington, PA 15068-0560 |
| 15302648 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 04 2024 23:52:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15067046 | | Email/Text: mrdiscen@discover.com | Jan 04 2024 23:52:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 15071379 | | Email/Text: mrdiscen@discover.com | Jan 04 2024 23:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15067047 | + | Email/Text: mrdiscen@discover.com | Jan 04 2024 23:52:00 | Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15085513 | + | Email/Text: DSLBKYPRO@discover.com | Jan 04 2024 23:52:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15067049 | + | Email/Text: DSLBKYPRO@discover.com | Jan 04 2024 23:52:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 15105860 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 04 2024 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15067053 | | Email/Text: Bankruptcy@ICSystem.com | Jan 04 2024 23:52:00 | IC System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15067054 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2024 00:07:31 | JPMCB Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 15082299 | + | Email/Text: RASEBN@raslg.com | Jan 04 2024 23:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15067055 | ^ | MEBN | Jan 04 2024 23:48:01 | KML Law Group, P.C., BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15067056 | | Email/Text: camanagement@mtb.com | Jan 04 2024 23:52:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15088650 | + | Email/Text: camanagement@mtb.com | Jan 04 2024 23:52:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 15106267 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2024 00:07:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15067058 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 00:07:21 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15067059 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 00:07:21 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 15067979 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 00:07:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15067061 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 00:07:25 | Synchrony Bank/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |

Case 19-22324-CMB    Doc 72    Filed 01/06/24    Entered 01/07/24 00:26:58    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 04, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15067060 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 00:07:21 | Synchrony Bank/JCPenney, PO Box 965008, Orlando, FL 32896-5008 |
| 15067062 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 00:07:28 | Synchrony Bank/Lowes, PO Box 965003, Orlando, FL 32896-5003 |
| 15067063 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 00:07:30 | Synchrony Bank/Sam's Club, PO Box 965003, Orlando, FL 32896-5003 |
| 15067064 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 00:07:22 | Synchrony Bank/Wal-mart, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15441725 | ^ | MEBN | Jan 04 2024 23:47:12 | U.S. Bank Trust National Association as Trustee, of Cabana Series V Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15425109 | ^ | MEBN | Jan 04 2024 23:47:12 | U.S. Bank Trust National Association, et al., c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15100486 | | Email/Text: BNCnotices@dcmservices.com | Jan 04 2024 23:52:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15101864 | | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2024 00:07:28 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15070314 | | Email/Text: bankruptcytn@wakeassoc.com | Jan 04 2024 23:52:00 | ACS PRIMARY CARE PHYSICIANS SOUTHEAST, WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE,TN 37950-0250 |
| 15067066 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 05 2024 00:07:26 | Wells Fargo Bank N.A., PO Box 522, Des Moines, IA 50306-0522 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jan 06, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jan 04, 2024 | Form ID: pdf900 | Total Noticed: 54

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Eugene D. Frank | on behalf of Joint Debtor Laurie A. Lezark efrank@edf-law.com frank.eugeneb122519@notify.bestcase.com |
| Eugene D. Frank | on behalf of Debtor Jeffrey L. Lezark efrank@edf-law.com frank.eugeneb122519@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard James Tracy, III | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series V Trust, richard.tracy.iii@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Joint Debtor Laurie A. Lezark shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Debtor Jeffrey L. Lezark shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 13