**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/28/2024

IN RE:

| | |
|---|---|
| JEFFREY L. LEZARK<br>LAURIE A. LEZARK<br>381 PENNSYLVANIA AVENUE<br>OAKMONT,  PA  15139<br>XXX-XX-2622           Debtor(s)<br><br>XXX-XX-2678 | Case No.19-22324 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/28/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WALMART/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 6284 |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:17<br>CLAIM:  0.00<br>COMMENT:  SURR/PL@ALLY FNCL*CL=0*W/35 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 5244 |
| **US BANK TRUST NA - TRUSTEE ET AL**<br>C/O SN SERVICING(*)<br>323 5TH ST*<br>EUREKA, CA  95501 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:16<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DK4PMT-LMT*BGN 7/19*FR BAYVIEW-DOC 48*FR CLS-DOC 52*FR IGLO( | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0694 |
| **M & T BANK**<br>PO BOX 1508<br>BUFFALO, NY  14240 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:8<br>CLAIM:  0.00<br>COMMENT:  PD OUTSIDE/PL@SEC 9.1*CL=$11,750.45*CO-BUYER=SKYE L LEZARK*W/30 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 6231 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **METROPOLITAN LIFE INSURANCE CO**<br>C/O BAYVIEW LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL  33146 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA****<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:9<br>CLAIM:  3,729.20<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1121 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  5,467.70<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6077 |
| **CITIMORTGAGE INC****<br>CH13 NOTICING SECTION**<br>POB 6030<br>SIOUX FALLS, SD  57117-6030 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH*NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 5,352.02<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7868 |
| **DISCOVER STUDENT LOANS**<br>PO BOX 6107<br>CAROL STREAM, IL 60197 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 4,296.45<br>COMMENT: 8744/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **ELECTROSTIM MED SERVICES INC (EMSI)**<br>3504 CRAGMONT DR STE 100<br>TAMPA, FL 33619-8300 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 356.61<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6741 |
| **FIN SYS OF RICHMOND**<br>PO BOX 786<br>RICHMOND, IN 47375-0786 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **IC SYSTEM INC****<br>ATTN: CONSUMER AFFAIRS DEPT<br>PO BOX 64378<br>ST PAUL, MN 55164 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO ACCT/SCH*COLLECTION FOR MEDICAL SVCS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 1,825.09<br>COMMENT: DISNEY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6093 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 1,007.50<br>COMMENT: 0281/SCH*SYNCHRONY/JCP | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2028 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LOWES/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4930 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 3,570.99<br>COMMENT: SYNCHRONY/SAM'S CLUB | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8213 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 1,640.35<br>COMMENT: SYNCHRONY/SAM'S CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2706 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:18<br><br>CLAIM: 7,645.46<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8219 |
| **TRI STATE ORTHO AND SPORTS MED/EMG**<br>5900 CORPORATE DR STE 200<br><br>PITTSBURGH, PA 15237 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 1,175.00<br>COMMENT: 2655/SCH*MEDICAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2622 |
| **WELLS FARGO BANK NA**<br>ATTY: BK DEPT - MAC#N9286-01Y<br>DEFAULT DOCUMENT PROCESSING<br>PO BOX 1629<br>MINNEAPOLIS, MN 55440-9790 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5190 |
| **SUKHDEV S GROVER MD ASSOCIATES DBA LIF**<br>SLEEP CENTER OF GR PGH<br>2640 PITCAIRN RD<br><br>MONROEVILLE, PA 15146-3309 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **JUSTIN LEZARK**<br>381 PENNSYLVANIA AVE<br><br>OAKMONT, PA 15139 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SKYE LEZARK**<br>381 PENNSYLVANIA AVE<br><br>OAKMONT, PA 15139 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ACS PRIMARY CARE PHYSICIANS SE PC**<br>C/O WAKEFIELD & ASSOCIATES<br>PO BOX 50250<br><br>KNOXVILLE, TN 37950-0250 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 35.12<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5440 |
| **US BANK TRUST NA - TRUSTEE ET AL**<br>C/O SN SERVICING(*)<br>323 5TH ST*<br>EUREKA, CA 95501 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 11,352.61<br>COMMENT: CL16GOV*8346.71/PL*THRU 6/19*FR BAYVIEW-DOC 48*FR CLS-DOC 52*FR IGLOO-I | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0694 |
| **M & T BANK**<br>PO BOX 1508<br><br>BUFFALO, NY 14240 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 1.00<br>COMMENT: NO GEN UNS/SCH*W/5*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6231 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **GRB LAW**\*\*<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 150.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2622 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 725.33<br>COMMENT: NT/SCH\*LAST TRANSACTION 6/29/19\*ONGOING SVC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **DUQUESNE LIGHT COMPANY(\*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 177.92<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3828 |
| **ALLY BANK(\*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 7,683.01<br>COMMENT: NO GEN UNS/SCH\*DFNCY BAL\*SURR/PL @ CID 3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5244 |