# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  JEFFREY L. LEZARK<br>LAURIE A. LEZARK<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>JEFFREY L. LEZARK<br>LAURIE A. LEZARK<br><br>     Respondents | Case No.19-22324CMB<br><br>Chapter 13<br><br>Document No. 76 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __8th__ day of __July__, 20__24__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Bayer
Attn: Payroll Manager
100 Bayer Rd
Pittsburgh, PA 15205-

is hereby ordered to immediately terminate the attachment of the wages of JEFFREY L. LEZARK, social security number XXX-XX-2622. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JEFFREY L. LEZARK.

BY THE COURT:

_Carlota M. Böhm_
**dmr**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

FILED
7/8/24 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-22324-CMB
Jeffrey L. Lezark     Chapter 13
Laurie A. Lezark
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Jul 08, 2024    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2024:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Jeffrey L. Lezark, Laurie A. Lezark, 381 Pennsylvania Avenue, Oakmont, PA 15139-1533

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2024      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2024 at the address(es) listed below:

**Name**     **Email Address**

Denise Carlon
     on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
     btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Moyer
     on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association  as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
     on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Maria Miksich
     on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III
    on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series V Trust, richard.tracy.iii@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Jeffrey L. Lezark shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
    on behalf of Joint Debtor Laurie A. Lezark shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 11