# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

   **Jeffrey L. Lezark and**                             **Case No. 19-22324-cmb**
   **Laurie A. Lezark,**

                                                 **Chapter 13**

               **Debtors**                              Related to Doc. No. 79

_____

## STIPULATED ORDER CONCERNING COUNSEL FEES

     **WHEREAS**, this matter is being presented to the Court regarding the completion of the Chapter 13 Plan dated June 10, 2019;

     **WHEREAS,** the Debtors are now in the final month of the said Plan;

     **WHEREAS**, the Debtors' original attorney, Eugene Frank, Esquire withdrew his appearance and Shawn N. Wright, Esquire began serving as Counsel for Debtors pursuant to Court Order entered at Document #68 dated January 4, 2024;

     **IT IS HEREBY ORDERED** that the

    x    Counsel for Debtors shall file and serve this Stipulation upon all parties and creditors on the mailing matrix;

    X    The Chapter 13 Trustee is hereby authorized to disburse the remaining attorney fees in the amount of $310.00 to Shawn N. Wright, Counsel for Debtors, along with the final disbursements to unsecured creditors;

     **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

     **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

**SO ORDERED**, this 11th day of July, 2024

Dated: July 9, 2024

_____
United States Bankruptcy Judge  **dmr**

Stipulated by:                    Stipulated by:

/s/Shawn N. Wright                /s/Ronda J. Winnecour
Counsel to Debtors                Standing Chapter 13 Trustee


Stipulated by:                    FILED
                                  7/11/24 11:07 am
/s/Eugene Frank                   CLERK
Prior Counsel to Debtors          U.S. BANKRUPTCY
                                  COURT - WDPA


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22324-CMB |
| Jeffrey L. Lezark | Chapter 13 |
| Laurie A. Lezark | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey L. Lezark, Laurie A. Lezark, 381 Pennsylvania Avenue, Oakmont, PA 15139-1533 |
| sp | + | East End Trial Group, LLC, 212 45th St., Pittsburgh, PA 15201-2802 |
| sp | #+ | Law Offices of Eugene D. Frank, P.C., 3202 McKnight East Drive, Pittsburgh, PA 15237-6423 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| 15067048 | | Discover Student Loans, PO Box 30947, Salt Lake City, UT 84130-0947 |
| 15067050 | + | EMSI, 3504 Cragmont Drive, Suite 100, Tampa, FL 33619-8300 |
| 15067051 | | Fin Sys of Richmond Inc., PO Box 786, Richmond, IN 47375-0786 |
| 15067052 | + | Grover Sukhdev MD, 4815 Liberty Avenue, Pittsburgh, PA 15224-2156 |
| 15067057 | + | Metropolitan Life Insurance Company, 4425 Ponce de Leon Blvd., Coral Gables, FL 33146-1837 |
| 15067065 | + | Tristate Orthopaedics & Sports Medicine, 5900 Corporate Drive, Suite 200, Pittsburgh, PA 15237-7005 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2024 00:51:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 11 2024 23:47:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | Jul 11 2024 23:41:10 | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 15106838 | | Email/Text: ally@ebn.phinsolutions.com | Jul 11 2024 23:47:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15067038 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 11 2024 23:47:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15067037 | | Email/Text: ally@ebn.phinsolutions.com | Jul 11 2024 23:47:00 | Ally Financial, PO Box 380903, Bloomington, MN 55438-0903 |
| 15067039 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 11 2024 23:46:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 15067040 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 11 2024 23:46:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15095894 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 11 2024 23:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15067041 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 11 2024 23:47:00 | Bayview Loan Servicing, 4425 Ponce De Leon, 5th Floor, Miami, FL 33146-1837 |

Case 19-22324-CMB   Doc 82   Filed 07/13/24   Entered 07/14/24 00:28:21   Desc Imaged
                            Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 15106836 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 11 2024 23:47:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 15067043 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2024 00:03:02 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15067042 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2024 00:03:11 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15087178 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2024 01:54:36 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15067044 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2024 00:03:09 | CitiMortgage Inc., PO Box 6243, Sioux Falls, SD 57117-6243 |
| 15067045 | ^ | MEBN | Jul 11 2024 23:41:17 | Coll Svc Ctr, POB 560, New Kensington, PA 15068-0560 |
| 15302648 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 11 2024 23:47:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15067046 | | Email/Text: mrdiscen@discover.com | Jul 11 2024 23:47:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 15071379 | | Email/Text: mrdiscen@discover.com | Jul 11 2024 23:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15067047 | + | Email/Text: mrdiscen@discover.com | Jul 11 2024 23:47:00 | Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15085513 | + | Email/Text: DSLBKYPRO@discover.com | Jul 11 2024 23:48:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15067049 | + | Email/Text: DSLBKYPRO@discover.com | Jul 11 2024 23:48:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 15105860 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 11 2024 23:48:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15067053 | | Email/Text: Bankruptcy@ICSystem.com | Jul 11 2024 23:47:00 | IC System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15067054 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 12 2024 01:54:40 | JPMCB Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 15082299 | + | Email/Text: RASEBN@raslg.com | Jul 11 2024 23:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15067055 | ^ | MEBN | Jul 11 2024 23:41:07 | KML Law Group, P.C., BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15067056 | | Email/Text: camanagement@mtb.com | Jul 11 2024 23:47:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15088650 | + | Email/Text: camanagement@mtb.com | Jul 11 2024 23:47:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 15106267 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2024 00:02:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15067058 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 12 2024 00:02:43 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15067059 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 12 2024 01:54:40 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 15067979 | ^ | MEBN | Jul 11 2024 23:41:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15067061 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 12 2024 01:23:47 | Synchrony Bank/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 15067060 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 12 2024 00:02:46 | Synchrony Bank/JCPenney, PO Box 965008, Orlando, FL 32896-5008 |
| 15067062 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 12 2024 01:54:36 | Synchrony Bank/Lowes, PO Box 965003, Orlando, FL 32896-5003 |
| 15067063 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 12 2024 00:51:14 | Synchrony Bank/Sam's Club, PO Box 965003, Orlando, FL 32896-5003 |
| 15067064 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 12 2024 00:02:20 | Synchrony Bank/Wal-mart, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15441725 | ^ | MEBN | Jul 11 2024 23:40:49 | U.S. Bank Trust National Association as Trustee, of Cabana Series V Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15425109 | ^ | MEBN | Jul 11 2024 23:40:49 | U.S. Bank Trust National Association, et al., c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15100486 | | Email/Text: BNCnotices@dcmservices.com | Jul 11 2024 23:47:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15101864 | | Email/PDF: ebn_ais@aisinfo.com | Jul 12 2024 01:54:43 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15070314 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Jul 11 2024 23:47:00 | ACS PRIMARY CARE PHYSICIANS SOUTHEAST, WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE,TN 37950-0250 |
| 15067066 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 12 2024 00:02:30 | Wells Fargo Bank N.A., PO Box 522, Des Moines, IA 50306-0522 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard James Tracy, III | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series V Trust, richard.tracy.iii@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Joint Debtor Laurie A. Lezark shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Debtor Jeffrey L. Lezark shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 11