| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Jeffrey L. Lezark**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2622<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | **Laurie A. Lezark**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2678<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19-22324-CMB | |

## Order of Discharge                                              12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

　　Jeffrey L. Lezark　　　　　　　　　　　　Laurie A. Lezark


　　<u>10/25/24</u>　　　　　　　　　　　　　　**By the court:** <u>Carlota M Bohm</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeffrey L. Lezark  
Laurie A. Lezark  
    Debtors

Case No. 19-22324-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Oct 25, 2024      Form ID: 3180W      Total Noticed: 56

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey L. Lezark, Laurie A. Lezark, 381 Pennsylvania Avenue, Oakmont, PA 15139-1533 |
| sp | + | East End Trial Group, LLC, 212 45th St., Pittsburgh, PA 15201-2802 |
| sp | #+ | Law Offices of Eugene D. Frank, P.C., 3202 McKnight East Drive, Pittsburgh, PA 15237-6423 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| 15067048 | | Discover Student Loans, PO Box 30947, Salt Lake City, UT 84130-0947 |
| 15067050 | + | EMSI, 3504 Cragmont Drive, Suite 100, Tampa, FL 33619-8300 |
| 15067051 | | Fin Sys of Richmond Inc., PO Box 786, Richmond, IN 47375-0786 |
| 15067052 | + | Grover Sukhdev MD, 4815 Liberty Avenue, Pittsburgh, PA 15224-2156 |
| 15067057 | + | Metropolitan Life Insurance Company, 4425 Ponce de Leon Blvd., Coral Gables, FL 33146-1837 |
| 15067065 | + | Tristate Orthopaedics & Sports Medicine, 5900 Corporate Drive, Suite 200, Pittsburgh, PA 15237-7005 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 26 2024 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2024 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 26 2024 04:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2024 01:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Oct 26 2024 04:01:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 26 2024 01:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | Oct 26 2024 00:07:30 | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 15106838 | | EDI: GMACFS.COM | Oct 26 2024 04:01:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15067038 | + | EDI: GMACFS.COM | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: 3180W | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 15067037 | | EDI: GMACFS.COM | Oct 26 2024 04:01:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15067039 | | EDI: BANKAMER | Oct 26 2024 04:01:00 | Ally Financial, PO Box 380903, Bloomington, MN 55438-0903 |
| 15067040 | + | EDI: BANKAMER | Oct 26 2024 04:01:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 15095894 | + | EDI: BANKAMER2 | Oct 26 2024 04:01:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15067041 | + | EDI: LCIBAYLN | Oct 26 2024 04:01:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15106836 | + | EDI: LCIBAYLN | Oct 26 2024 04:01:00 | Bayview Loan Servicing, 4425 Ponce De Leon, 5th Floor, Miami, FL 33146-1837 |
| 15067043 | | EDI: CAPITALONE.COM | Oct 26 2024 04:01:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 15067042 | | EDI: CAPITALONE.COM | Oct 26 2024 04:01:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15087178 | | EDI: CAPITALONE.COM | Oct 26 2024 04:01:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15067044 | | EDI: CITICORP | Oct 26 2024 04:01:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15067045 | ^ | MEBN | Oct 26 2024 04:01:00 | CitiMortgage Inc., PO Box 6243, Sioux Falls, SD 57117-6243 |
| 15302648 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 26 2024 00:07:37 | Coll Svc Ctr, POB 560, New Kensington, PA 15068-0560 |
| 15067046 | | EDI: DISCOVER | Oct 26 2024 01:07:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15071379 | | EDI: DISCOVER | Oct 26 2024 04:01:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 15067047 | + | EDI: DISCOVER | Oct 26 2024 04:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15085513 | + | EDI: DISCOVERSL.COM | Oct 26 2024 04:01:00 | Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15067049 | + | EDI: DISCOVERSL.COM | Oct 26 2024 04:01:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15105860 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 26 2024 04:01:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 15067053 | | EDI: LCIICSYSTEM | Oct 26 2024 01:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15067054 | | EDI: JPMORGANCHASE | Oct 26 2024 04:01:00 | IC System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15082299 | + | Email/Text: RASEBN@raslg.com | Oct 26 2024 04:01:00 | JPMCB Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 15067055 | ^ | MEBN | Oct 26 2024 01:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15067056 | | Email/Text: camanagement@mtb.com | Oct 26 2024 00:07:24 | KML Law Group, P.C., BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: 3180W | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15088650 | + | Email/Text: camanagement@mtb.com | Oct 26 2024 01:08:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| | | | Oct 26 2024 01:08:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 15106267 | | EDI: PRA.COM | Oct 26 2024 04:01:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15067058 | | EDI: SYNC | Oct 26 2024 04:01:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15067059 | | EDI: SYNC | Oct 26 2024 04:01:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 15067979 | ^ | MEBN | Oct 26 2024 00:08:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15067061 | + | EDI: SYNC | Oct 26 2024 04:01:00 | Synchrony Bank/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 15067060 | + | EDI: SYNC | Oct 26 2024 04:01:00 | Synchrony Bank/JCPenney, PO Box 965008, Orlando, FL 32896-5008 |
| 15067062 | | EDI: SYNC | Oct 26 2024 04:01:00 | Synchrony Bank/Lowes, PO Box 965003, Orlando, FL 32896-5003 |
| 15067063 | | EDI: SYNC | Oct 26 2024 04:01:00 | Synchrony Bank/Sam's Club, PO Box 965003, Orlando, FL 32896-5003 |
| 15067064 | | EDI: SYNC | Oct 26 2024 04:01:00 | Synchrony Bank/Wal-mart, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15441725 | ^ | MEBN | Oct 26 2024 00:05:56 | U.S. Bank Trust National Association as Trustee, of Cabana Series V Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15425109 | ^ | MEBN | Oct 26 2024 00:05:57 | U.S. Bank Trust National Association, et al., c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15100486 | | Email/Text: BNCnotices@dcmservices.com | Oct 26 2024 01:08:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15101864 | | EDI: AIS.COM | Oct 26 2024 04:01:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15070314 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Oct 26 2024 01:00:00 | ACS PRIMARY CARE PHYSICIANS SOUTHEAST, WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE,TN 37950-0250 |
| 15067066 | | EDI: WFFC2 | Oct 26 2024 04:01:00 | Wells Fargo Bank N.A., PO Box 522, Des Moines, IA 50306-0522 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

Case 19-22324-CMB    Doc 94    Filed 10/27/24    Entered 10/28/24 00:29:57    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: 3180W | Total Noticed: 56 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2024                      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:

**Name**  **Email Address**

Denise Carlon
on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Moyer
on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series V Trust, bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Maria Miksich
on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Richard James Tracy, III
on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series V Trust, richard.tracy.iii@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Shawn N. Wright
on behalf of Joint Debtor Laurie A. Lezark shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Shawn N. Wright
on behalf of Debtor Jeffrey L. Lezark shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 12