IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEFFREY L. LEZARK
LAURIE A. LEZARK
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-22324

Chapter 13

Document No.: 86

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 25th day of October, 20 24, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
10/25/24 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE   **dmr**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22324-CMB |
| Jeffrey L. Lezark | Chapter 13 |
| Laurie A. Lezark | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 25, 2024 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey L. Lezark, Laurie A. Lezark, 381 Pennsylvania Avenue, Oakmont, PA 15139-1533 |
| sp | + | East End Trial Group, LLC, 212 45th St., Pittsburgh, PA 15201-2802 |
| sp | #+ | Law Offices of Eugene D. Frank, P.C., 3202 McKnight East Drive, Pittsburgh, PA 15237-6423 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| 15067048 | | Discover Student Loans, PO Box 30947, Salt Lake City, UT 84130-0947 |
| 15067050 | + | EMSI, 3504 Cragmont Drive, Suite 100, Tampa, FL 33619-8300 |
| 15067051 | | Fin Sys of Richmond Inc., PO Box 786, Richmond, IN 47375-0786 |
| 15067052 | + | Grover Sukhdev MD, 4815 Liberty Avenue, Pittsburgh, PA 15224-2156 |
| 15067057 | + | Metropolitan Life Insurance Company, 4425 Ponce de Leon Blvd., Coral Gables, FL 33146-1837 |
| 15067065 | + | Tristate Orthopaedics & Sports Medicine, 5900 Corporate Drive, Suite 200, Pittsburgh, PA 15237-7005 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2024 00:33:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 26 2024 01:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | ^ | MEBN | Oct 26 2024 00:07:30 | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 15106838 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2024 00:59:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15067038 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2024 00:59:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15067037 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2024 00:59:00 | Ally Financial, PO Box 380903, Bloomington, MN 55438-0903 |
| 15067039 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2024 00:59:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 15067040 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2024 00:59:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15095894 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 26 2024 01:08:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15067041 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 26 2024 00:59:00 | Bayview Loan Servicing, 4425 Ponce De Leon, 5th Floor, Miami, FL 33146-1837 |

Case 19-22324-CMB   Doc 95   Filed 10/27/24   Entered 10/28/24 00:29:57   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15106836 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 26 2024 00:59:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 15067043 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2024 00:57:27 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15067042 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2024 00:32:41 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15087178 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2024 00:57:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15067044 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2024 00:33:26 | CitiMortgage Inc., PO Box 6243, Sioux Falls, SD 57117-6243 |
| 15067045 | ^ | MEBN | Oct 26 2024 00:07:35 | Coll Svc Ctr, POB 560, New Kensington, PA 15068-0560 |
| 15302648 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 26 2024 01:07:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15067046 | | Email/Text: mrdiscen@discover.com | Oct 26 2024 00:59:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 15071379 | | Email/Text: mrdiscen@discover.com | Oct 26 2024 00:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15067047 | + | Email/Text: mrdiscen@discover.com | Oct 26 2024 00:59:00 | Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 15085513 | + | Email/Text: DSLBKYPRO@discover.com | Oct 26 2024 01:10:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 15067049 | + | Email/Text: DSLBKYPRO@discover.com | Oct 26 2024 01:10:00 | Discover Student Loans, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 15105860 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 26 2024 01:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15067053 | | Email/Text: Bankruptcy@ICSystem.com | Oct 26 2024 01:08:00 | IC System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15067054 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2024 00:33:10 | JPMCB Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 15082299 | + | Email/Text: RASEBN@raslg.com | Oct 26 2024 01:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15067055 | ^ | MEBN | Oct 26 2024 00:07:24 | KML Law Group, P.C., BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15067056 | | Email/Text: camanagement@mtb.com | Oct 26 2024 01:08:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15088650 | + | Email/Text: camanagement@mtb.com | Oct 26 2024 01:08:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 15106267 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2024 00:33:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15067058 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:33:10 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15067059 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:33:16 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 15067979 | ^ | MEBN | Oct 26 2024 00:08:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 19-22324-CMB   Doc 95   Filed 10/27/24   Entered 10/28/24 00:29:57   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | Bypass | Notice Type | Time | Name and Address |
|---|---|---|---|---|
| 15067061 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:32:40 | Synchrony Bank/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 15067060 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:55:24 | Synchrony Bank/JCPenney, PO Box 965008, Orlando, FL 32896-5008 |
| 15067062 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:33:25 | Synchrony Bank/Lowes, PO Box 965003, Orlando, FL 32896-5003 |
| 15067063 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:33:21 | Synchrony Bank/Sam's Club, PO Box 965003, Orlando, FL 32896-5003 |
| 15067064 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2024 00:57:05 | Synchrony Bank/Wal-mart, P.O. Box 965022, Orlando, FL 32896-5022 |
| 15441725 | ^ | MEBN | Oct 26 2024 00:05:58 | U.S. Bank Trust National Association as Trustee, of Cabana Series V Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15425109 | ^ | MEBN | Oct 26 2024 00:06:00 | U.S. Bank Trust National Association, et al., c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15100486 | | Email/Text: BNCnotices@dcmservices.com | Oct 26 2024 01:08:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15101864 | | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2024 00:55:39 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15070314 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Oct 26 2024 01:00:00 | ACS PRIMARY CARE PHYSICIANS SOUTHEAST, WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE,TN 37950-0250 |
| 15067066 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 26 2024 00:32:15 | Wells Fargo Bank N.A., PO Box 522, Des Moines, IA 50306-0522 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2024           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series V Trust, bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard James Tracy, III | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series V Trust, richard.tracy.iii@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Joint Debtor Laurie A. Lezark shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Shawn N. Wright | on behalf of Debtor Jeffrey L. Lezark shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 12